# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 4:98CR00501 ERW |
| vs. ) | 4:03CR00171ERW |
| ) | 4:08CR00549 CDP |
| ALLISON BROWN, ) | |
| ) | |
| Defendant. ) | |

## ORDER OF DEFENDANT'S TEMPORARY RELEASE FROM CUSTODY

This matter comes before the Court on Defendant's Motion for Temporary Release from Custody [doc. #76 - filed in 4:98CR00501] to attend the funeral of her father at 11:00 a.m. Upon review of the record in this matter and discussion with counsel for Defendant Allison Brown, the Court makes the following Order:

**IT IS HEREBY ORDERED** that the Court GRANTS the request and orders her released from custody immediately. She shall report back to the St. Louis County Justice Center no later than 4:00 p.m. on this date.

So Ordered this  15th  Day of  December , 2008.

E. RICHARD WEBBER
UNITED STATES DISTRICT JUDGE